### ROBINSON v. INZER.
(Decided January 22, 1914.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

### SLOSS-SHEFFIELD STEEL & I. CO. v. WEBSTER.
(Decided January 15, 1914.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

BANKHEAD & BANKHEAD, for appellant. ACUFF & FINCH, for appellee.

Per curiam. Appeal dismissed by appellant. See 183 Ala. 322, 62 South. 764.

---

### SMITH v. THE STATE.
(Decided January 15, 1914.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

W. J. BOYKIN, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Abated by death of appellant. See, also, 183 Ala. 10, 62 South. 864.

---

### WATKINS, *ET AL.* v. REDDOCK, *ET AL.*
(Decided January 20, 1914.)

APPEAL from Pike Chancery Court.

Heard before Hon. L. D. GARDNER.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

### WOODHAM v. THE STATE.
(Decided January 22, 1914.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Affirmed on certificate.